## BISHOP v. N.C. DEPT. OF HUMAN RESOURCES

[328 N.C. 325 (1991)]

MARGARET Y. BISHOP, Petitioner-Appellee v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, O'BERRY CENTER, Respondent-Appellant

No. 465PA90

(Filed 7 March 1991)

On discretionary review of a unanimous decision by the Court of Appeals, 100 N.C. App. 175, 394 S.E.2d 702 (1990), affirming an order entered 12 May 1989 by *Phillips, J.,* in Superior Court, WAYNE County. Heard in the Supreme Court 15 February 1991.

*Eastern Carolina Legal Services, Inc., by Wesley Abney, for petitioner-appellee.*

*Lacy H. Thornburg, Attorney General, by Valerie B. Spalding, Associate Attorney General, for respondent-appellant.*

PER CURIAM.

Having reviewed the record and briefs and heard argument, we conclude that the petition for discretionary review filed by the North Carolina Department of Human Resources, O'Berry Center, was improvidently allowed.

Discretionary review improvidently allowed.